IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

YUNIESKY VALDES-MUNOZ                    Case No. 2:20-bk-01213-FMD


_____Debtor._____/

## MOTION TO SELL PROPERTY OF THE ESTATE FREE AND CLEAR OF PURPORTED LIENS AND INTERESTS

A preliminary hearing in this case will be held on **March 25, 2021 at 9:30 a.m.** in Fort Myers Federal Building and Federal Courthouse, Room 4-117, Courtroom E, 2110 First Street, Fort Myers, Florida 33901 to consider and act upon the following or this matter and transact such other business that may come before the Court: **Motion to Sell Property of the Estate Free and Clear of Purported Liens and Interests**.

1. The hearing shall take place via ZOOM.
2. Register for Zoom Meeting at https://pacer.flmb.uscourts.gov/fwxflmb/zoom/.
3. Parties that wish to listen only, who do not anticipate active participation, or who lack technology to participate by video may participate via CourtCall by calling (866-582-6878) for Judges Delano, Funk, Jackson, Jennemann, McEwen, and Vaughn, or through Court Solutions (www.court-solutions.com) for Judges Williamson and Colton, and following the procedures for telephonic appearances posted in the Procedure Manual on the Court's website. To clarify, direct or cross examination of a witness is active participation. No participant may question a witness or make an evidentiary objection using CourtCall or Court Solutions.
4. The hearing may be continued upon announcement made in open court without further notice.

COMES NOW the Trustee in the above-styled case, ROBERT E. TARDIF JR., and files this Motion to Sell Property of the Estate Free and Clear of Liens and Interests and moves this Court pursuant to 11 U.S.C. §§ 105 and 363(f) and Rule 6004 for entry of an Order authorizing the sale of property of the estate by private sale free and clear of liens and interests and states as follows:

1. The Debtor filed this bankruptcy case and Robert E. Tardif Jr., has been appointed as Trustee to administer the case. The Trustee is filing this amended motion due to an agreed reduction in the sale amount related to an issue concerning radon in the home.

2. **Property:** Trustee proposes to sell the bankruptcy estate's interest in the following property: Lots 7 and 8, Block 5897, Unit 92, Cape Coral – PB 25 PG 27 **(2327 S.W. 28t Street, Cape Coral, Florida 33914)**.

3. **Purchaser:** The proposed purchasers are Barry C. Stephens and Elaine B. Stephens, or their permitted assigns or designees. To the Trustee's knowledge the purchaser does not have any relationship to the Debtor or any other party in interest. The purchase and sale agreement with attachments is voluminous so the Trustee is not attaching the agreement to this motion in order to reduce mailing costs. The Trustee will provide a complete copy of the agreement to any party in

interest that makes a request and provides an email address to receive a copy.

4.      **Price:** The selling price is $207,500.00, together with a Buyer's Premium to the bankruptcy estate in the amount of $5,000.00. The Trustee has not had the property appraised. However, the Trustee retained a real estate agent, and the sales price represents an arms-length negotiated amount. The Trustee, after due diligence, believes the selling price is fair and reasonable.

5.      The following appear to have an interest in the properties to be sold by the Trustee:

| Parties in Interest | Nature of Interest | | Amount |
|---|---|---|---|
| Pennymac Loan Servicing | Mortgage Lien | Approx. | $190,000.00 |

6.      Section 363(f) of the Bankruptcy Code provides, in pertinent part, that: "the trustee may sell property . . . free and clear of any interest in such property and of an entity other than the estate, only if – (2) such entity consents; or (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property; or (4) such interest is in bona fide dispute; . . . ."

7.      With regard to the above Parties in Interest, the Trustee believes that the necessary requirements for a sale free and clear of liens and interests exist by stating the following:

> **Pennymac Loan Servicing** – This Party in Interest has a first priority lien against the property by virtue of a recorded mortgage against the property. The Trustee anticipates that this party may receive full payment. The expected net proceeds of the sale being proposed is more than the amount due so the Court can approve the sale pursuant to § 363(f)(3) with regard to this interest. However, the Trustee believes that if the net proceeds are not sufficient to pay this party in full (if the transaction is a short sale), it will consent to the sale by accepting a payment less than it is due so the Court can approve the sale pursuant to § 363(f)(2).

8.      The sale of the property free and clear of liens of the above-named individuals and entities is in the best interests of the Debtors' estate, its creditors and other parties in interest.

9.      **Terms:**  The property is being sold "AS IS, WHERE IS WITH ALL FAULTS AND DEFECTS THEREIN" with no representations or warranties of any kind.

10.     **Benefit to Estate:** The Trustee believes the net sales proceeds to the estate will be approximately $5,000.00, which is a Buyer's Premium being paid to the estate. The Debtor schedules priority creditors of $2,306.00 and the total amount of general unsecured creditors is approximately $89,000.00.

11.     **Closing Costs:** The Trustee expects to pay the following undisputed liens, claims or costs at the closing:

>     a.      Pennymac Loan Servicing – Approximately $190,000.00.

>     b.      Commission – Debra Monterosso/National Default Realty, LLC and any cooperating agent/broker, if any - $12,450.00.

c.   Other reasonable and customary closing costs to the Trustee, as Seller, which may include the following:

| | | |
|---|---|---|
| i. | Settlement/Closing Charges (Approximately) | $ 1,250.00 |
| ii. | Title Insurance/Search (Approximately) | $ 1,120.00 |
| iii. | Reasonable and customary closing costs not to exceed | $ 250.00 |
| iv. | Documentary Stamp Tax (State and/or County) | $ 1,453.00 |
| v. | 2020 Taxes and/or Prorated taxes | $ 660.00 |
| vi. | Municipal Lien Search/Water/Sewer Balance | $ 600.00 |

d.   A true and accurate copy of an estimated net sheet or closing statement is attached to the original motion to sell.

e.   Since this motion contemplates a short-sale scenario, it is possible that there may be slight variances in the amounts to be paid to lienholders. However, it is the expectation that the net amount to be received by the estate shall be the amount stated above.

12.   **Request to Waive Stay**: At the hearing on this motion the Trustee will request that the Court enter an order waiving the 14-day stays set forth in Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure and providing that the order granting this motion be immediately enforceable and that the closing under the purchase agreement may occur immediately.

WHEREFORE the Trustee moves the Court for entry of an Order authorizing the sale of the above-described property free and clear of liens and interests pursuant to Section 363(f), in accordance with the terms stated herein.

### *Certificate of Service*

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished **Electronically** to the Assistant United States Trustee, Jonathan M. Bierfeld and those appearing in this case who are registered with CM/ECF and by **Regular U.S. Mail** to Yuniesky Valdes-Munoz, 1006 Whiteoak Park Rd., Apt. 108, Louiseville, KY 40219 and those creditors and parties in interest on the attached matrix on February 19, 2021 that are required to be served pursuant to Local Rule 2002-1(c).

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
P.O. Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756
Email: rtardif@comcast.net

Ocean Title LLC
1095 Broken Sound Pkwy NW
Ste 100
Boca Raton, FL 33487
(866) 202-8200

ALTA Combined Settlement Statement

| | |
|---|---|
| **File #:** | OT-313 |
| **Prepared:** | 01/18/2021 |
| **Escrow Officer:** | Joshua M. Liszt Esq. |

**Property** 2327 Southwest 28th Street **Settlement Date** 03/09/2021
Cape Coral, FL 33914 **Disbursement Date** 03/09/2021

**Buyer** Barry C. Stephens and Elaine
B. Stephens
PO Box 1172
Kennesaw, FL 30156

**Seller** Robert Tardif, as Trustee of
the Bankruptcy Estate of
Yuniesky Valdes-Munoz
P.O. Box 2140
Fort Myers, FL 33902

**Lender**

| Seller Debit | Seller Credit | | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | **Primary Charges & Credits** | | |
| | $207,500.00 | Sales Price of Property | $207,500.00 | |
| | | Deposit | | $2,075.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| $658.37 | | County Taxes 01/01/2021 to 03/09/2021 | | $658.37 |
| | | | | |
| | | **Payoffs/Payments** | | |
| $189,976.63 | | Payoff to Pennymac Loan Servicing | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $27.00 | |
| | | ---Deed: $27.00 | | |
| $1,452.50 | | Documentary Stamp Tax (State Deed Taxes) to Official Records Department | | |
| | | E-Recording Fee to Official Records Department | $9.00 | |
| | | MTS Recording Fee to Official Records Department | $45.00 | |
| | | NOT Recording Fee to Official Records Department | $27.00 | |
| | | | | |
| | | **Commissions** | | |
| $8,300.00 | | Listing Agent Commission to ND Realty, LLC- Debra Ward | | |
| $4,150.00 | | Selling Agent Commission to ND Realty, LLC- Rebecca McIntosh | | |
| | | | | |
| | | **Title Charges** | | |
| | | Title- Abstract/Commitment Fee to Fidelity National Title Insurance Company | $150.00 | |
| | | Title- Courier/Mailing Fee (2) to FedEx / Ocean Title LLC (reimb.) | $23.00 | |
| | | Title- Mobile Notary Closer Fee to Sign X / Ocean Title LLC (reimb.) | $160.00 | |
| $1,250.00 | | Title- Settlement/Closing Fee to Ocean Title LLC | $1,295.00 | |
| | | Title- Wire Fee (3 IN / 1 OUT) to TD Bank / Ocean Title LLC (reimb.) | $45.00 | |
| $1,112.50 | | Title - Owner's Title Policy to Fidelity National Title Insurance Company | | |
| | | | | |
| | | **Miscellaneous Charges** | | |
| | | Broker Transaction Fee (If App/Estimate) to Selling Agent | $295.00 | |
| | | Buyer's Premium Fee to Robert Tardif, as Trustee of the Bankruptcy Estate of Yuniesky Valdes-Munoz | $5,000.00 | |

| Seller | | | Buyer | |
| --- | --- | --- | --- | --- |
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $400.00 | | Municipal Lien Search Fee to Vendor / Ocean Title LLC (reimb.) | | |
| | | Survey Fee, Plot Plan (If App) to Vendor / Ocean Title LLC (reimb.) | $335.00 | |
| $200.00 | | Water/Sewer Balance DUE to City of Cape Coral | | |

| Seller | | | Buyer | |
| --- | --- | --- | --- | --- |
| **Debit** | **Credit** | | **Debit** | **Credit** |
| $207,500.00 | $207,500.00 | **Subtotals** | $214,911.00 | $2,733.37 |
| | | Due from Buyer | | $212,177.63 |
| | $0.00 | Due from Seller | | |
| $207,500.00 | $207,500.00 | **Totals** | $214,911.00 | $214,911.00 |

**See signature addendum**

Label Matrix for local noticing
113A-2
Case 2:20-bk-01213-FMD
Middle District of Florida
Ft. Myers
Fri Feb 19 10:52:18 EST 2021

BK Global Real Estate Services
1095 Broken Sound Parkway
Suite 200
Boca Raton, FL 33487-3503

National Default Realty, LLC, d/b/a The Mont
15275 Collier Blvd #201-385
Naples, FL 34119-6750

Read and Kelley Estate Services, LLC
PO Box 3111
North Fort Myers, FL 33918-3111

Resurgent Receivables LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Affirm, Inc.
Attn: Bankruptcy
Po Box 720
San Francisco, CA 94104-0720

AmSher Collection Services
4524 Southlake Parkway
Suite 15
Birmingham, AL 35244-3271

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Amex/Bankruptcy
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998-1540

Apex Roofing
3850 Colonial Blvd Ste 201
Fort Myers, FL 33966-1035

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899-8801

Bmw Bank Of North Amer
Attn: Bankruptcy
Po Box 3608
Dublin, OH 43016-0306

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

CarMax Auto Finance
225 Chastain Meadows Court
Kennesaw, GA 30144-5897

(p)JPMORGAN CHASE BANK  N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Comenity Bank/Abarcrormbie
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Z Gallerie
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenitycapital/fntgt
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Fifth Third Bank
Attn: Bankruptcy
Maildrop RCSB3E 1830 E Paris Ave SE
Grand Rapids, MI 49546

Fifth Third Bank, N.A.
PO Box 9013
Addison, Texas 75001-9013

Genesis Bc/Celtic Bank
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076-4401

Internal Revenue Service
PO Box 621501
Atlanta, GA 30362-3001

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Kentucky Higher Ed
Attn: Bankruptcy
Po Box 24328
Louisville, KY 40224-0328

Kentucky Higher Education Student Loan C
Attn: Bankruptcy
Po Box 24328
Louisville, KY 40224-0328

Kentucky Housing Corp.
Attn: Bankruptcy
1231 Louisville Rd
Frankfort, KY 40601-6191

LVNV Funding, LLC c/o Resurgent Capital Serv
PO Box 10587
Greenville, SC 29603-0587

Lowes
PO Box 1111
North Wilkesboro, NC 28659-1111

Navient
Attn: Bankruptcy
Po Box 9640
Wilkes-Barre, PA 18773-9640

Navient Solutions, LLC.
220 Lasley Ave
Wilkes-Barre, PA 18706-1430

Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155-6555

PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051-4387

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Genesis FS Card Services Inc
PO Box 788
Kirkland, WA  98083-0788

Sprinkler Man
3391 3rd Ave. S.W.
Cape Coral, FL 33904

Suncoast Credit Union
Attn: Bankruptcy
Po Box 11904
Tampa, FL 33680-1904

Suncoast Cu
Attn: Bankruptcy
Po Box 11904
Tampa, FL 33680-1904

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk VA 23541-1021

Synchrony Bank/Lowes
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK  73124-8848

(p)T MOBILE
C O AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

USDOE/GLELSI
Attn: Bankruptcy
Po Box 7860
Madison, WI 53707-7860

United States Trustee - FTM7/13
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Wells Fargo Bank
Mac F823f-02f
Po Box 10438
Des Moines, IA 50306-0438

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wetherington Hamilton, PA
101 N Blorida Ave
Tampa, FL 33602

Jonathan M Bierfeld
Martin Law Firm PL
3701 Del Prado Boulevard, South
Cape Coral, FL 33904-7171

Robert E Tardif Jr.
Trustee
Post Office Box 2140
Fort Myers, FL 33902-2140

Yuniesky Valdes-Munoz
1006 Whiteoak Park Rd
Apt 108
Louisville, KY 40219

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).