ORDERED.

**Dated: March 26, 2021**

*[Signature]*
Caryl E. Delano
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

YUNIESKY VALDES-MUNOZ                    Case No. 2:20-bk-01213-FMD

_____Debtor._____/

**ORDER GRANTING MOTION TO SELL PROPERTY**
**FREE AND CLEAR OF PURPORTED LIENS AND INTERESTS**

**THIS CAUSE** came before the Court for hearing on March 25, 2021 upon the Trustee's Motion to Sell Property of the Estate Free and Clear of Purported Liens and Interests (Doc. No. 35) to Barry C. Stephens and Elaine B. Stephens, or their permitted assigns or designees. The Court reviewed the record and the Court being otherwise fully advised, it is

**ORDERED** that the Trustee's Motion to Sell Property of the Estate Free and Clear of Purported Liens and Interests is granted.

**IT IS FURTHER ORDERED** that the Trustee is hereby authorized to sell the bankruptcy estate's interest in the following property free and clear of liens, encumbrances and interests on the terms contained in the Trustee's motion: **2327 S.W. 28th Street, Cape Coral, Florida 33914 (Lots 7 and 8, Block 5897, Unit 92, Cape Coral – PB 25 PG 27)**. Sale is conditioned upon all property lienholders either being paid in full subject to a proper payoff, or approval of a short sale contingent on the secured creditor's approval.

**IT IS FURTHER ORDERED** that the following are authorized to be paid at closing, with net proceeds to the bankruptcy estate:

    a.    Pennymac Loan Servicing – Approximately $190,000.00.

    b.    Commission – Debra Monterosso/National Default Realty, LLC and any cooperating agent/broker, if any - $12,450.00.

    c.    Other reasonable and customary closing costs to the Trustee, as Seller, which may include the following:

| | | |
|---|---|---:|
| i. | Settlement/Closing Charges (Approximately) | $ 1,250.00 |
| ii. | Title Insurance/Search (Approximately) | $ 1,120.00 |
| iii. | Reasonable and customary closing costs not to exceed | $ 250.00 |
| iv. | Recordation/Transfer Tax (State and/or County) | $ 1,453.00 |
| v. | 2020 Taxes and/or Prorated taxes | $ 660.00 |
| vi. | Municipal Lien Search/Water/Sewer Balance | $ 600.00 |

**IT IS FURTHER ORDERED** that the Court waives the 14-day stays set forth in Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure and this Order granting this motion be immediately enforceable and that the closing under the purchase agreement may occur immediately.

Trustee Robert E. Tardif Jr. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this order.